UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **NHE BIN,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Civil Action Number ) **4:17-cv-00701-AKK-TMP** |
| **JOHN F. KELLY,** | ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On May 1, 2017, Nhe Bin filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. At the time he filed his petition, Bin, a native of Cambodia, was incarcerated at the Etowah County Detention Center, in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"). In his petition, Bin alleged that he was being illegally detained by ICE pending his deportation to Cambodia. *See generally* doc. 1.

On June 13, 2017, Bin was released from ICE custody under an order of supervision. Doc. 9-1 at 2. Respondent has filed a motion to dismiss the action as moot, since Bin is no longer in ICE custody. Doc. 9.

After consideration of the record in this case and respondent's motion to dismiss, the court finds that Bin's release has rendered his habeas corpus petition moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted); *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237 (11th Cir. 2002). Moreover,

the court finds that no exceptions to the mootness doctrine apply in this case. *See Carafas v. LaVallee*, 391 U.S. 234, 237 (1968); *Murphy v. Hunt*, 455 U.S. 478, 482 (1982). Therefore, because there is no longer any relief that can be granted to Bin, his petition is due to be dismissed as moot.

A final judgment will be entered contemporaneously herewith.

**DONE** the 28th day of June, 2017.

*[signature: Abdul Kallon]*

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE